# EXHIBIT 6
# PEPAJ

