UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION (TOLEDO)

| | | |
|---|---|---|
| ROSA ACOSTA, et al. | ) | CASE NUMBER: 3:18-cv-02547-JJH |
| | ) | |
| Plaintiffs, | ) | JUDGE JEFFREY J. HELMICK |
| vs. | ) | |
| | ) | **NOTICE OF APPEARANCE OF** |
| 505 FOODS LLC, d/b/a LUST | ) | **COUNSEL ON BEHALF OF** |
| GENTLEMEN'S CLUB, et al., | ) | **DEFENDANTS SCAR HOLDINGS-** |
| | ) | **OHIO, LLC (SCAR HOLDINGS, LLC)** |
| Defendants. | ) | **d/b/a LUST GENTLEMEN'S CLUB,** |
| | ) | **AND 505 FOODS-ALEXIS RD., LLC** |
| | ) | **d/b/a LUST GENTLEMEN'S CLUB** |

The Court and all parties will please take notice that Edward D. Papp, Esq., Steven J. Hupp, Esq., Margo S. Meola, Esq., and Christopher F. Mars, Esq. of the law firm of Bonezzi Switzer Polito & Hupp Co. L.P.A., herein enter their appearance as counsel of record for Defendants SCAR HOLDINGS-OHIO, LLC (SCAR HOLDINGS, LLC), d/b/a Lust Gentlemen's Club, and 505 FOODS-ALEXIS RD., LLC, d/b/a Lust Gentlemen's Club.

    */s/ Edward D. Papp*
EDWARD D. PAPP (0068574)
STEVEN J. HUPP (0040639)
MARGO S. MEOLA (0065555)
CHRISTOPHER F. MARS (0091604)
Bonezzi Switzer Polito & Hupp Co. L.P.A.
1300 East 9th Street, Suite 1950
Cleveland, Ohio 44114-1501
Phone: (216) 875-2767
Fax:    (216) 875-1570
Email: epapp@bsphlaw.com
       shupp@bsphlaw.com
       mmeola@bsphlaw.com
       cmars@bsphlaw.com
*Attorneys for Defendants SCAR HOLDINGS-OHIO, LLC (SCAR HOLDINGS, LLC), d/b/a Lust Gentlemen's Club, and 505 FOODS-ALEXIS RD., LLC, d/b/a Lust Gentlemen's Club*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2019, a copy of the foregoing document was filed electronically pursuant to Civ. R. 5(B)(2)(f). Notice of this filing will be sent via operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                */s/ Edward D. Papp*
                                                EDWARD D. PAPP (0068574)
                                                STEVEN J. HUPP (0040639)
                                                MARGO S. MEOLA (0065555)
                                                CHRISTOPHER F. MARS (0091604)
                                                Bonezzi Switzer Polito & Hupp Co. L.P.A.